United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 12-45757-nhl
Loring Estates LLC                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: mmendieta          Page 1 of 3          Date Rcvd: Oct 16, 2012
                              Form ID: 178             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2012.
```
db          +Loring Estates LLC,   One Cross Island Plaza,   Suite LL6,   Rosedale, NY 11422-1474
smg         +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
              Albany, NY 12240-0001
7771197     +08 Valley Signs, Inc,   57 West Merrick Road,   Valley Stream, NY 11580-5718
7771198     +Acces Graphics,   7016 Ridge Court,   Brooklyn, NY 11209-1406
7771199     +Acquavella, Chiarelli, Shuster & Co. LLP,   517 Route 1,   Iselin, NJ 08830-3023
7771201     +Angela Barker,   110 Wall Street, 11th Floor,   New York, NY 10005-3817
7771202     +Anthony E. Ugbebor, P. E.,   264 West 40th Street, 8th Floor,   New York, NY 10018-1512
7771203     +B & W Construction Mgt. Corp.,   13333 Brookville Boulevard,   Rosedale, NY 11422-1465
7771204     +Bisset Nusery Corp.,   470 Deer Park Avenue,   Dix Hills, NY 11746-5237
7771205     +Bond & Walsh COnstruction CO.,   One Cross Island Plaza,   Rosadale, NY 11422-1465
7771206     +Bridge Security Services, Inc,   16 Court Street, Suite 2407,   Brooklyn Heights, NY 11241-2401
7771207     +C21 Home Inspections And Valuations,   136-06 58 Road, Suite 2B,   Flushings, NY 11355-5257
7771209     +CNS Construction Mgt, Inc.,   CANUSA Construction Mgt, Inc,   13333 Brooklville,
              Plaza, NY 11422-1465
7771208     +Certilman Balin,   90 Merrick Avenue,   East Meadow, NY 11554-1597
7771210     +Con Edison,   JAF Station,   P.O. Box 1702,   New York, NY 10116-1702
7771213     +DLJ,   Hahn & Hessen,   488 Madison Avenue,   New York, NY 10022-5702
7831235     +DLJ Mortgage Capital, Inc.,   c/o Hahn & Hessen LLP,   488 Madison Avenue,
              New York,NY 10022-5702
7771214     +DTA,   170 Main Street, Unit G11,   Tewksbury, MA 01876-1744
7771211     +Deluxe,   Deluxe Business Checks & Soliutions,   P.O.Box 742572,   Cincinnati, OH 45274-2572
7771212     +Department Of State, Division Of Corp.,   41 State Street,   Albany, NY 12231-0001
7771215     +Eastern Collection Corporation,   1626 Locust Avenue,   Bohemia, NY 11716-2159
7771216      Environmental Control Board,   223 Schermerhorn Street, 11th Floor,   Brooklyn, NY  11201
7771217     +Environmental Data Resources, Inc,   440 Wheelers Farms Road,   Milford, CT 06461-9133
7771218     +First North American,   160 Atlantic Avenue,   Hempstead, NY 11550-1138
7771219     +Great American Business Products,   P. O. Box 4422,   Houston, TX 77210-4422
7771221     +Kravchenko & Associates,   8 Teresa Lane,   Northport, NY 11731-5316
7771222     +Loring Estates LLC,   1 Cross Island Plaza,   Rosedale, NY 11422-1468
7771223     +Lynbrook Village Court,   P.O. Box 7021,   Lynbrook, NY 11563-7021
7771224     +Master Plumbing &,   25-18 50th Street,   Woodside, NY 11377-7808
7771225     +Montros Surveying Co,., Llp,   116-20 Metropolitan Avenue,   Richmond Hill, NY 11418-1090
7771226     +NATIONAL GRID,   ONE METROTECH CENTER, 16TH FLOOR,   BROOKLYN, NY 11201-3850
7791376     +NYCTL 2010-A Trust and,   The Bank of New York Mellon,   c/o Joel M. Shafferman, Esq.,
              Shafferman & Feldman, LLP,   286 Madison Ave., Ste. 502,   New York, NY 10017-6412
7808225     +NYCTL 2011-A Trust,   MTAG Services, LLC Attn: Megan Meyer,
              8614 Westwood Center Drive, Suite 510,   Vienna, VA 22182-2286
7771228     +National Grid 1,   89-67 162nd Street,   Jamaica, NY 11432-5071
7771230     +Nyc Department Of Finance,   Parking Violations,   Church Street Station P. O. Box 3600,
              New York, NY 10008-3600
7771231    #+Nyc Department of Finance,   P. O. Box 32,   New York, NY 10008-0032
7771232     +Office Of The Brooklyn Borough President,   Topographical Unit Brooklyn Borough Hall,
              209 Joralemon Street,   Brooklyn, NY 11201-3709
7816371     +Roger Wagner,   442 Amber Street,   Brooklyn, NY 11208-5108
7771233     +Rui Credit Services,   P.O. Box 1349,   Melville, NY 11747-0421
7771234     +Stoute St Funding,   1200 17th Street,   Denver, CO 80202-5835
7771237   ++++TUFFLES INSURANCE CO.,   377 OAK ST STE 405-4,   GARDEN CITY NY  11530-6559
              (address filed with court: Tuffles Insurance Co.,   377 Oak Street, 4th Floor,
              Garden City, NY 11530)
7771235     +The Premins Company, Inc,   P. O. Box 230138,   Brooklyn, NY 11223-0138
7774239     +Thermal Tech Doors Inc,   576 Brook Street,   Garden City, NY 11530-6416
7777025     +Thomas Hoey and Xiomara Hoey,   c/o Myra G. Sencer P.C.,   206 Stonehinge Lane, Suite 1,
              Carle Place, New York 11514-1767
7780642     +Thomas Hoey and Xiomara Hoey,   c/o Myra G. Sencer, P.C.,   206 Stonehinge Lane, Suite 1,
              Carle Place, New York 11514-1767,   (516) 739-1546
7771236     +Toffales Insurance Agency,   100 Quentin Roosvelt Bld., Suite 503,   Garden City, NY 11530-4875
7771238     +Valley Signs, Inc.,   57 West Merrick Road,   Valley Stream, NY 11580-5718
7771240     +Vick Investigations, Llc,   7402 101 Avenue,   Ozone Park, NY 11416-1025
7771241     +Washington Mutual Tax Research-Refunds,   P.O. Box 100573,   Florence, SC 29502-0573
7771242     +Ylliria Newspaper,   481 8th Avenue, Suite 937,   New York, NY 10001-1809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 16 2012 18:32:39     United States Trustee,
               Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
7771220       EDI: IRS.COM Oct 16 2012 18:23:00      Internal Revenue Services,   Cincinnati, OH  45999
7771229      +E-mail/Text: EBrewster@dep.nyc.gov Oct 16 2012 18:32:36
               NYC Department Of Enviromental Protecti,   59-17 Junction Boulevard,   Flushing, NY 11373-5188
7771239      +EDI: AFNIVZCOMBINED.COM Oct 16 2012 18:23:00     VERIZON,   P. O. Box 15124,
               Albany, NY 12212-5124
                                                                                               TOTAL: 4
```

```
District/off: 0207-1          User: mmendieta              Page 2 of 3           Date Rcvd: Oct 16, 2012
                              Form ID: 178                 Total Noticed: 56

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7774236      Canusa Realty
 7774244      Clearview Abstract
 7774245      Coastal Capital
 7774240      Leonard J Strandberg,   & Associates,   Consulting Engineers & Land,   Surveyors, PC,
               32 Smith Street
 7774237      Moseson Associates
 7774243      NYC Department of Buildings
 7774242      NYC Water Board
 7771200    ##+Aljam Construction Inc,   73 John Drive,   Farmingville, NY 11738-1958
 7771227    ##+NATIONAL GRID,   P.O. Box 20690,   Brooklyn, NY 11202-0690
                                                                                       TOTALS: 7, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 18, 2012**                             **Signature:**        _/s/ Joseph Speetjens_

```
District/off: 0207-1           User: mmendieta              Page 3 of 3                  Date Rcvd: Oct 16, 2012
                               Form ID: 178                 Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2012 at the address(es) listed below:

```
              Carl D. LeSueur    on behalf of Creditor    Stout Street Fund I L.P. clesueur@phillipsnizer.com
              Gary F Eisenberg    on behalf of Creditor    Stout Street Fund I L.P. geisenberg@perkinscoie.com,
               docketnyc@perkinscoie.com
              Joel M Shafferman    on behalf of Creditor    NYCTL 2010-A Trust and The Bank of New York Mellon
               joel@shafeldlaw.com
              Joshua I Divack    on behalf of Creditor    DLJ Mortgage Capital Inc jdivack@hahnhessen.com,
               sthompson@hahnhessen.com;kcraner@hahnhessen.com;kprimm@hahnhessen.com;jamato@hahnhessen.com;rmala
               tak@hahnhessen.com;apower@hahnhessen.com;chunker@hahnhessen.com;aellis@hahnhessen.com
              Myra G Sencer    on behalf of Creditor Thomas and Xiomara Hoey sencerlaw@aol.com
              Narissa A Joseph    on behalf of Debtor    Loring Estates LLC njosephlaw@aol.com,
               njosephlawbk@gmail.com;ttownsendnjlaw@gmail.com
              Paul  Rachmuth    on behalf of Creditor    Blue Ridge Farms, Inc. prachmuth@gerstensavage.com
              Robert A Wolf    on behalf of Trustee Robert Geltzer robert.wolf@squiresanders.com,
               Patricia.bradley@squiresanders.com;rudy.green@squiresanders.com;andrea.fisher@squiresanders.com
              Robert L Geltzer     rgeltzer@epitrustee.com,    rgeltzer@ecf.epiqsystems.com;mbruh@geltzerlaw.com
              United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−12−45757−nhl |
| Loring Estates LLC | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| 51−0421245 | |
| DEBTOR(s) | |

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before January 14, 2013** .

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website at www.nyeb.uscourts.gov, by going to Information for Creditors and clicking on Limited Access Password Application.

Dated: October 16, 2012

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdas.jsp** [Discovery of Assets rev. 05/03/12]