UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                  Chapter 7

LORING ESTATES LLC, *et al.*,[1]                      Case No. 12-45757 (NHL)

          Debtors.

-------------------------------------------------------x

### ORDER DENYING MOTION OF GRIFFON LORING LLC
### PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(d)(2)(A) OF
### THE BANKRUPTCY CODE LIFTING AUTOMATIC STAY WITH RESPECT TO
### DEBTOR'S INTERESTS IN SEVEN (7) PROPERTIES IN BROOKLYN, NEW YORK

UPON the Motion of Griffon Loring LLC Pursuant to 11 U.S.C. §§ 105(a) and 363(d)(2)(A) [sic] of the Bankruptcy Code Lifting Automatic Stay with Respect to Debtor's Interests in Seven (7) Properties in Brooklyn, New York (the "Motion") [Docket No. 179] of Griffon Loring LLC, seeking relief from the automatic stay; and the Objection of the Chapter 7 Trustee to Motion of Griffon Loring LLC Pursuant to 11 U.S.C. §§ 105(a) and 363(d)(2)(A) of the Bankruptcy Code Lifting Automatic Stay with Respect to Debtor's Interests in Seven (7) Properties in Brooklyn, New York [Docket No. 181]; and the Objection of Stout Street Fund, I, L.P. to Griffon Loring, LLC's Motion for Lifting of the Automatic Stay [Docket No. 183]; and the Reply to Objections of the Chapter 7 Trustee and Stout Street Fund LLP to Motion of Griffon Loring LLC Pursuant to 11 U.S.C. §§ 105(a) and 363(d)(2)(A) of the Bankruptcy Code Lifting Automatic Stay with Respect to Debtor's Interests in Seven (7) Properties in Brooklyn, New York [Docket No. 186] filed on behalf of Griffon Loring LLC; and the Opposition to Griffon Loring's Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(d)(2)(A) of the Bankruptcy Code Lifting the Automatic Bankruptcy Stay with Respect to Seven Properties in

---

[1] The other Debtors in these Chapter 7 cases are In re Halifax Group LLC, Case No. 12-45736 (NHL), In re Edgewater Development, Inc., Case No. 12-45759 (NHL), In re Group Kappa Corp., Case No. 12-45761 (NHL) and In re Plaza Real Estate Holdings, Inc., Case No. 12-45764 (NHL). Other cases were the subject of "no asset" reports with this sole case left for administration before this Court.

Brooklyn, New York [Docket No. 187] filed on behalf of Fred Harry, et al.; and a hearing having been held before this Court on December 11, 2018 (the "Hearing"); and the record of the Hearing, which is herein incorporated; and due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion be, and hereby is, denied with prejudice and without costs.



Dated: December 26, 2018
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge